# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2025-0387
_____

CHRISTOPHER M. McLEAN,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____


On appeal from the Circuit Court for Holmes County.
Russell S. Roberts, Judge.


January 14, 2026

PER CURIAM.

AFFIRMED.

OSTERHAUS, C.J., and ROBERTS and BILBREY, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Jessica J. Yeary, Public Defender; Megan Long and Lori A. Willner, Assistant Public Defenders, Tallahassee, for Appellant.

James Uthmeier, Attorney General, Tallahassee, for Appellee.